UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SCOTT SMITH,<br><br>           *Plaintiff*,<br><br>v.<br><br>RANDOM AGENCY, INC.; and<br>NELS PETERSEN,<br><br>           *Defendants*. | Case No. 0:17-cv-01305-PAM-SER<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that all claims asserted in the above-captioned case by Plaintiff Scott Smith may be dismissed with prejudice, and that this Court may enter an Order dismissing the claims asserted by Plaintiff Scott Smith with prejudice and without costs, expenses, or disbursements to any party.

Dated: August 8, 2017                                    Dated: August 8, 2017

                                                                       **BROWNE LAW LLC**

/s/ Chad McKenney                                      /s/ Padraigin L. Browne
Chad McKenney                                           Padraigin L. Browne (MN Bar # 389962)
Donohue McKenney, Ltd                              Browne Law LLC
11222 86th Ave N                                          8530 Eagle Point Blvd, Suite 100
Maple Grove, MN 55369                              Lake Elmo, MN 55042
Email: chad@dmlawltd.com                         E-mail: paddy@brownelawllc.com
Phone: (763) 201-1450                                  Phone: (612) 293-4805
**ATTORNEYS FOR DEFENDANTS**        **ATTORNEYS FOR PLAINTIFF**