UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Scott Smith,   Case No. 17-cv-1305 (PAM/SER)

        Plaintiff,

v.   **ORDER**

Random Agency, Inc., and
Nels Peterson.,

        Defendants.
_____

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice. (Docket No. 11.) Accordingly, **IT IS HEREBY ORDERED** that this matter is **DISMISSED with prejudice** and without costs, disbursements, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 9, 2017

                                  *s/ Paul A. Magnuson*
                                  PAUL A. MAGNUSON
                                  United States District Court Judge